# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | |
|---|---|
| ARLENE FRY, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 1:17-CV-00878-AJT-TCB |
| RAND CONSTRUCTION CORPORATION, | |
| Defendant. | |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Consent Motion to Extend Time for Defendant to File a Responsive Pleading to the Complaint, it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED that Defendant Rand Construction Corporation, shall file its responsive pleadings on or before September 11, 2017. IT IS SO ORDERED.

Entered this _____ day of _____, 2017.

By: _____