IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ARLENE FRY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:17-cv-878 (AJT/TCB) |
| RAND CONSTRUCTION CORP., | ) ) ) |
| Defendant. | ) ) |

## ORDER

On April 27, 2018, the Clerk entered judgment in favor of Plaintiff Arlene Fry against Defendant Rant Construction Corporation in the amount of $50,555 pursuant to Federal Rule of Civil Procedure 58. [Doc. No. 114]. Because the jury trial in this matter did not adjudicate Plaintiff's claims with respect to front pay, interest, and liquidated damages, those matters remain to be adjudicated by the Court and no final order has been entered in this action. Therefore, it is hereby

ORDERED that the Clerk's entry of judgment pursuant to Rule 58 [Doc. No. 114] be, and the same hereby is, VACATED.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
May 1, 2018